No. 698. James Rudolph Garfield, Secretary, etc., Petitioner, v. The United States, ex rel. Harvey Spalding; No. 699. James Rudolph Garfield, Secretary, etc., Petitioner, v. The United States, ex rel. James H. Spalding; and No. 700. James Rudolph Garfield, Secretary, etc., Petitioner, v. The United States, ex rel. Edwin W. Spalding. February 1, 1909. Petitions for writs of certiorari to the Court of Appeals of the District of Columbia denied. *The Attorney General, The Solicitor General* and *Mr. Assistant*

584                  OCTOBER TERM, 1908.

Cases Disposed of Without Consideration by the Court.   212 U. S.

*Attorney General Woodruff* for petitioner. No appearance for respondents.